IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NANCY GARGULA, UNITED STATES TRUSTEE

vs

DEIGHAN LAW LLC;
ERIC HOMA

CASE NO  20-6008 (19-60216)
CHAPTER:  7

DATE:  December 14, 2020
PLACE:  Benton

**PRESENT**:  Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:  Mark Skaggs          Appears

**COUNSEL FOR DEFENDANT**:  Charles Armgardt          Appears
                            Mark Lavery

**PROCEEDINGS**:  Motion to Dismiss Adversary Proceeding

**MINUTES OF COURT:**

Case is called for hearing on the Motion to Dismiss Adversary Proceeding filed by Deighan Law LLC and Eric Homa. Pursuant to the statements made in open court, the Motion to Dismiss Adversary Proceeding is Denied. Plaintiff is to file an Amended Complaint within 21 days.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY.  THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**